| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Manion, Daniel A | 2. Court or Organization U.S. Court of Appeals, 7th Cir | 3. Date of Report 5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 301 Grant Federal Building 204 S. Main Street South Bend, IN 46601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE  RECEIVED MAY 19 11 02 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club | Reduced rate signing privileges to federal judges; services & facility use charged. | $84 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Key Bank checking | A | Interest | K | T | | | | | |
| 2. AIM Asian Fund | | None | J | T | | | | | |
| 3. Gabelli Mutual Fund | A | Distribution | K | T | | | | | |
| 4. Templeton Foreign Fund | B | Distribution | M | T | | | | | |
| 5. Cambridge Advantaged Properties | | None | J | W | | | | | |
| 6. KEY BANK CUSTODIAL ACCOUNT Items 7-18: | | | | | | | | | |
| 7. Allegheny Hospital Muni | A | Interest | | | redeemed | 4-3 | J | | |
| 8. Montgomery County Muni | A | Interest | | | redeemed | 7-25 | J | | |
| 9. No.Carolina Muni | A | Interest | | | redeemed | 6-23 | J | | |
| 10. Indiana Health Revenue Muni | A | Interest | | | redeemed | 8-15 | J | | |
| 11. Fort Wayne Schools Muni | A | Interest | J | T | | | | | |
| 12. Indiana Health Muni | A | Interest | J | T | | | | | |
| 13. Grand Haven Schools Muni | A | Interest | | | redeemed | 5-1 | J | | |
| 14. AIM Developing Markets Fund | A | Distribution | J | T | | | | | |
| 15. First Financial Fund | C | Distribution | K | T | | | | | |
| 16. Victory Money Market Fund (Gradison Govt Reserves) | A | Distribution | M | T | | | | | |
| 17. Indiana State Office Bldg. Muni | B | Interest | | | redeemed | 9-29 | K | | |
| 18. Indiana Bd Bk Spl Muni Bond | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Seligman Global Fund | | None | J | T | | | | | |
| 20. Janus Fund | | None | L | T | | | | | |
| 21. Fidelity Magellan Fund | A | Distribution | L | T | | | | | |
| 22. Diamonds | | None | J | W | | | | | |
| 23. Keycorp common | E | Dividend | N | T | | | | | |
| 24. Victory Institutional | A | Distribution | J | T | | | | | |
| 25. IRA's – Items 26-40: | | | | | | | | | |
| 26. Oppenheimer Fund | | None | J | T | | | | | |
| 27. Prudential Money Market/Cash | A | Distribution | J | T | | | | | |
| 28. General Electric Co. | A | Dividend | J | T | | | | | |
| 29. PIMCO Growth Fund | | None | K | T | | | | | |
| 30. FICO Strips | | None | J | T | | | | | |
| 31. Cisco Systems | | None | J | T | | | | | |
| 32. Davis NY Venture Fund | | None | L | T | | | | | |
| 33. Franklin Balance Sheet | A | Distribution | J | T | bought | 12-5 | J | | |
| 34. AIM Constellation Fund | | None | J | T | | | | | |
| 35. FICO Strips | | None | J | T | matured | 12-8 | J | | |
| 36. Prudential Money Market/Cash | A | Distribution | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Federal 401-K plan | | None | M | T | | | | | Invest 5% of salary monthly |
| 38. State of Indiana Retirement | | None | J | T | | | | | |
| 39. Prudential 20/20 Fund (Jennison) | | None | J | T | | | | | |
| 40. Alliance Growth and Income Fund | A | Distribution | K | T | | | | | |
| 41. Northwestern Mutual Life Insur. | | None | M | T | | | | | |
| 42. Unimproved real estate St. Joseph County, Indiana | | None | L | W | | | | | |
| 43. 1/5 interest in unimproved real estate, St.Joseph Cty,IN | A | Rent | L | W | | | | | |
| 44. BAIRD TRUST ACCOUNT (Items 45-84): | | | | | | | | | |
| 45. Abbott Labs Common | A | Dividend | | | sold | 12-23 | K | D | |
| 46. Automatic Data Processing | A | Dividend | K | T | | | | | |
| 47. BP PLC common | A | Dividend | | | gifted | 12-29 | J | | |
| 48. Biomet Inc. common | A | Dividend | K | T | | | | | |
| 49. Computer Sciences Corp. Common | | None | K | T | | | | | |
| 50. Target Corp. Common | A | Dividend | L | T | | | | | |
| 51. Federal National Mtg. Common | B | Dividend | L | T | sold | 11-20 | J | A | |
| 52. Illinois Tool Works Common | A | Dividend | K | T | | | | | |
| 53. Intel Corp. Common | A | Dividend | K | T | | | | | |
| 54. Pfizer Inc. Common | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes.   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 56. Proctor & Gamble Common | A | Dividend | J | T | | | | | |
| 57. Baird Muni Money Market (Dreyfus) | A | Distribution | M | T | | | | | ≈ |
| 58. On Assignment Inc. Common | | None | | | sold | 9-3 | K | | |
| 59. MGIC Investment Corp. | A | Dividend | | | sold | 10-16 | J | C | |
| 60. Fiserv Inc. | | None | L | T | | | | | |
| 61. Home Depot Common | A | Dividend | K | T | bought | 7-31 | J | | |
| 62. Patterson Dental | | None | M | T | sold | 11-17 | J | C | |
| 63. Fastenal common | A | Dividend | M | T | | | | | |
| 64. Harley Davidson common | A | Dividend | L | T | | | | | |
| 65. Century Tel Inc. | A | None | | | sold | 12-31 | K | | |
| 66. Medtronic Inc. | A | Dividend | L | T | | | | | |
| 67. Royal Caribbean Cruises | A | Dividend | | | sold | 9-2 | K | D | |
| 68. Zebra Tech Corp. | | None | L | T | | | | | |
| 69. Cintas Corp. | | None | | | sold | 2-18 | K | | |
| 70. McGraw-Hill Common | A | Dividend | K | T | | | | | |
| 71. Sungard Data Systems | | None | K | T | | | | | |
| 72. Walgreen | A | Dividend | K | T | sold | 11-17 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Alltel Corp | | None | K | T | bought | 12-31 | K | | |
| 74. Kohls Corp | | None | | | bought | 5-16 | J | | |
| 75. Kohls Corp | | None | | | sold | 12-31 | K | | |
| 76. Emerson Electric | A | Dividend | K | T | | | | | |
| 77. Avon Products | A | Dividend | J | T | | | | | |
| 78. Amgen Inc. | | None | K | T | | | | | |
| 79. American International Group | A | Dividend | J | T | | | | | |
| 80. Texas Instruments | | None | | | sold | 11-18 | J | | |
| 81. Morgan Stanley | | None | | | sold | 11-18 | J | | |
| 82. Microsoft Corp | A | Dividend | J | T | sold | 12-31 | J | | |
| 83. General Electric | A | Dividend | K | T | sold | 3-13 | K | | |
| 84. South Trust | A | Dividend | K | T | bought | 3-13 | J | | |
| 85. Harris Corp | A | Dividend | K | T | bought | 3-13 | J | | |
| 86. Key Bank Trust Account, Items 86-103: | | | | | | | | | |
| 87. Alltel Corp. common | A | Dividend | | | sold | 9-5 | J | | |
| 88. American Intl. Group common | A | Dividend | | | tr. To Baird | | | | |
| 89. Avon common | A | Dividend | | | tr. To Baird | | | | |
| 90. Emerson Electric | A | Dividend | | | tr to Baird | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Forest Labs Inc. | | None | | | sold | 6-17 | J | C | |
| 92. Forest Labs Inc. | | None | | | sold | 9-5 | J | B | |
| 93. Franklin Res. Inc. common | A | Dividend | | | sold | 9-5 | J | C | |
| 94. Victory Money Market Fund | A | Dividend | | | tran to Bair | | | | |
| 95. Home Depot common | A | Dividend | | | tr to Baird | | | | |
| 96. Kohls Corp. | | None | | | tr to Baird | | | | |
| 97. Medtronic Inc. common | A | Dividend | | | sold | 6-17 | J | C | |
| 98. Microsoft Corp. common | A | Dividend | | | tran to Bair | | | | |
| 99. Altera Corp. | | None | | | sold | 9-5 | J | | |
| 100. Amgen Inc. | | None | | | tran to Bair | | | | |
| 101. Morgan Stanley | A | Dividend | | | tran to Bair | | | | |
| 102. Texas Instruments Inc. | A | Dividend | | | tran to Bair | | | | |
| 103. Nokia Corp. | A | Dividend | | | sold | 9-5 | J | | |
| 104. Pharmacia Corp. (became Pfizer) | A | Dividend | | | tran to Bair | | | | |
| 105. McDonald Custodial Account: Items 105-111: | | | | | | | | | |
| 106. BP PLC Common | C | Dividend | L | T | | | | | |
| 107. General Electric | B | Dividend | K | T | part tr to B | | | | |
| 108. Pfizer Inc. | B | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. | Procter & Gamble | A | Dividend | K | T | | | | | |
| 110. | SM Smucker | A | Dividend | J | T | spin-off | | | | |
| 111. | Victory Prime Obligations Money Fund | A | Dividend | L | T | | | | | |
| 112. | McDonald Custodial Accounts: Fidelity Adv. Dividend Growth d | | None | J | T | | | | | |
| 113. | Putnam Investments College Fund | | None | L | T | bought | 8-1 | K | | |
| 114. | Putnam Investments College Fund | | None | L | T | bought | 9-2 | J | | |
| 115. | Alliance College Bound Fund | | None | L | T | | | | | |
| 116. | American Funds College America | | None | M | T | | | | | |
| 117. | Fidelity Spartan 500 Index Fund | A | Distribution | J | T | | | | | |
| 118. | Fidelity Growth and Income Fund | A | Distribution | K | T | | | | | |
| 119. | Vanguard 500 Index Fund | A | Distribution | K | T | | | | | |
| 120. | South Bend Redevelopment Muni | A | Interest | J | T | | | | | |
| 121. | Lehman Bros. Holding Notes - series E | | None | | | sold | 7-28 | K | A | |
| 122. | Indianapolis LOC Pub Impt | A | Interest | J | T | bought | 2-19 | J | | |
| 123. | Indiana Devel. Fin. Auth. Educ. Muni. | A | Interest | J | T | bought | 5-14 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 5. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __5/14/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544